IN THE

TENTH COURT OF APPEALS




 
 
 
 
 
 
 


 



No. 10-05-00218-CR

 

Christopher Garner,

                                                                      Appellant

 v.

 

The State of Texas,

                                                                      Appellee

 

 

 



From the 361st District Court

Brazos County, Texas

Trial Court No. 04-03224-CRF-361

 



ABATEMENT ORDER



 








          Appellant’s brief is overdue, and
after notice to appellant’s counsel to file a brief or extension request, none
has been filed. Therefore, we abate this cause to the trial court for a hearing
to determine: (1) why a brief has not been filed on appellant’s behalf; (2)
whether counsel has abandoned the appeal; (3) whether appellant still desires
to proceed with the appeal; and (4) whether appellant desires
self-representation.  See Tex.
R. App. P. 38.8(b)(3); Fewins v. State, 170 S.W.3d 293 (Tex. App.—Waco
2005, order).  

The trial court shall conduct the hearing within
30 days after the date of this order.  The trial court clerk and the court
reporter shall file supplemental records within 45 days after the date of this order. 
See Fewins, 170 S.W.3d at 296-97.

PER CURIAM

Before Chief Justice
Gray,

Justice
Vance, and

Justice
Reyna

Order issued and filed
February 15, 2006

Do not publish

[CR25]